# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS HADDEN,**

        **Plaintiff,**

**-vs-**          **Case No. 6:05-cv-1759-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **DEFENDANT'S MOTION TO DISMISS OR IN THE ALTERNATIVE MOTION FOR SUMMARY JUDGMENT (Doc. No. 9)**
>
> **FILED:** February 27, 2006
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**. No opposition has been filed to the Motion.

The Commissioner's assertions as to the untimeliness of the commencement of this action stand unrefuted. The case is therefore subject to dismissal, and the Clerk should be directed to enter judgment accordingly.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on March 20, 2006.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy