# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS HADDEN,**

        **Plaintiff,**

**-vs-**                                                  **Case No. 6:05-cv-1759-Orl-22DAB**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Defendant's Motion to Dismiss, or in the alternative, Motion for Summary Judgment (Doc. No. 9) filed on February 27, 2006.

The United States Magistrate Judge has submitted a report recommending that the Motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1.    The Report and Recommendation filed March 20, 2006 (Doc. No. 10) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.    Defendant's Motion to Dismiss, or in the alternative, Motion for Summary Judgment (Doc. No. 9) is **GRANTED**.

3.    This case is hereby **DISMISSED**. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on April 7, 2006.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party